**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: DEMERT BRANDS DRY SHAMPOO MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION | MDL No. 3061 |

## NOTICE OF WITHDRAWAL OF MOTION TO TRANSFER

DeMert Brands, LLC hereby gives notice to the Panel and counsel that it withdraws its Motion for Transfer of Actions to the Southern District of Florida Pursuant to 28 U.S.C. § 1407 for Consolidated or Coordinated Pretrial Proceedings [D.E. 1, 2]. The parties identified in the motion have reached an agreement for the Section 1404 transfer of those cases not presently pending in the United States District Court for the Southern District of Florida to that district. This agreement also includes an action in the United States District Court for the Northern District of California not included in the motion to transfer, *Condalisa LeGrand v. DeMert Brands, LLC,* Case No. 3:22-cv-07374-LB, which it will now not be necessary for the Panel to consider as a potential tag-along action.

With this agreement, there is no need for the Panel to consider the transfer motion, as the relief it sought has been obtained without the need for judicial review. DeMert Brands, LLC therefore withdraws the motion because no further action by the Panel is necessary.

A Proof of Service is attached as Exhibit 1 to this Notice.

Dated:  November 29, 2022

Respectfully Submitted,

*s/ Thomas Meeks*
Thomas Meeks (FL Bar No. 314323)
Carlton Fields, 2 MiamiCentral
700 N.W. 1st Ave., Suite 1200
Miami, FL 33136
Tel: 305-530-4063
Fax: 305-530-0055
tmeeks@carltonfields.com

and

D. Matthew Allen (FL Bar No. 0866326)
Carlton Fields
Corporate Center Three at International Plaza
4221 West Boy Scout Blvd
Suite 1000
Tampa, FL 33607
Tel: 813-223-7000
Fax: 813-229-4133
mallen@carltonfields.com

*Attorneys for DeMert Brands, LLC*